April 3, 2014



# **JUDGMENT**

# 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

CATHY X. CLARK, ROSS A. CLARK AND HUA XU, Appellants

NO. 14-12-01167-CV                V.

CHARLES HAMMOND, III, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on January 4, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, Cathy X. Clark, Ross A. Clark and Hua Xu.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.